1911.) Action by Pher Nelson and another, copartners, etc., against Frank G. Terwilliger. No opinion. Judgment and order affirmed, with costs. See, also, 126 N. Y. Supp. 1139.

NEWCOMB, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by Louise P. Newcomb against Gertrude M. Jones, individually and as executrix, etc., and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, with leave to renew upon payment of the costs herein provided for and the $10 costs of former motion.

SPRING, J., dissents.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) In the matter of Clifford H. Newell, an attorney and counselor at law.

PER CURIAM. Proceeding continued until the further order of the court, upon condition that the said Newell pay the referee's fees and disbursements and the stenographer's fees in this proceeding within 20 days. See, also, 128 N. Y. Supp. 1136.

NEW YORK ASS'N FOR PROTECTION OF GAME, Appellant, v. CONRON BROS. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the New York Association for the Protection of Game against the Conron Bros. Company. J. C. O'Conor, for appellant. F. A. Winslow, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply, on payment of costs. Order filed.

NEW YORK CENT. & H. R. R. CO., Appellant, v. FEDERAL SUGAR REFINING CO. OF YONKERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by the New York Central & Hudson River Railroad Company against the Federal Sugar Refining Company of Yonkers and others. No opinion. Order, in so far as appealed from, affirmed, with $50 costs and disbursements. See, also, 139 App. Div. 938, 124 N. Y. Supp. 1123.

NICHOLSON, Respondent, v. TOWN OF STILLWATER, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Elizabeth M. Nicholson, as administratrix of William S. Nicholson, deceased, against the Town of Stillwater.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event; the court holding that the judgment is unauthorized both as matter of law and as matter of fact. See, also, 139 App. Div. 923, 124 N. Y. Supp. 1123.

BETTS, J., dissents.

NILLSON, Respondent, v. AMERICAN PLAY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May

129 N.Y.S.—72

26, 1911.) Action by Carlotta Nillson against the American Play Company, impleaded with others. M. H. Cane, for appellant. B. G. Oppenheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NILLSON, Respondent, v. SELWYN & CO., Appellants, et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Carlotta Nillson against Selwyn & Co., impleaded with others. M. H. Cane, for appellants. B. G. Oppenheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 898, 125 N. Y. Supp. 261.

NORDIN, Respondent, v. GOULD COUPLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Frank A. Nordin against the Gould Coupler Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that no reasonable inspection could have discovered the defect complained of.

NOTMAN v. GUFFEY PETROLEUM CO. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Chas. P. Notman against the Guffey Petroleum Company. No opinion. Application granted. Order signed. See, also, 128 N. Y. Supp. 20.

NUGENT, Respondent, v. ONWARD CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Sophia Nugent against the Onward Construction Company, impleaded with others. A. H. Gleason, for appellant. F. L. Sanborn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNOR, Respondent, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Margaret O'Connor against the City of Dunkirk. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former opinion, see, 128 N. Y. Supp. 358.

O'CONNOR, Appellant, v. SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Johana O'Connor against the Supreme Council Catholic Benevolent Legion. No opinion. Judgment and order affirmed, with costs.

OGILBY et al. v. HICKOK. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Lena H. Ogilby and others against Chandlee H. Hickok. No opinion. Motion granted, and question certified, as stated in order. Order filed. See, also, 128 N. Y. Supp. 860.